**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Jairo ARIAS, Defendant–Appellant.**

**No. 89–6138.**

United States Court of Appeals, Eleventh Circuit.

June 27, 1990.

Stewart G. Abrams, Asst. Federal Public Defender, Miami, Fla., for defendant-appellant.

Dexter W. Lehtinen, U.S. Atty., Terry L. Lindsey, Mayra R. Lichter, Linda Collins Hertz, Asst. U.S. Attys., Miami, Fla., for plaintiff-appellee.

Before TJOFLAT, Chief Judge, JOHNSON and EDMONDSON, Circuit Judges.

PER CURIAM:

This appeal is controlled by *United States v. Meros*, 866 F.2d 1304, 1311 (11th Cir.1989).

AFFIRMED.